

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

*In re:*

MARK JOSEPH KORIS,
    Debtor

Ch. 7

18-12759-MSH

## Proceeding Memorandum

**MATTER:**

#54 Motion of Chapter 7 Trustee for Order Pursuant to Section 363 (a) Authorizing and Approving Sale of Real Property Located at 11 Heath Hill Road, Brookline, Massachusetts, Subject to Counteroffers; (b) Authorizing Such Sale Free and Clear of All Liens, Claims, and Encumbrances and Other Interests of Co-Owner; and (c) Granting Other Related Relief, Including with Respect to Certain Sale Related Charges (A. Braunstein)

**Decision set forth more fully as follows:**

Hearing held. After a sealed bid process, the Chapter 7 Trustee accepted the bid of Michael Minkoff, 11 Heath Hill, LLC as the highest and best bid. The motion to sell is granted and the Chapter 7 Trustee is hereby authorized to sell the subject property to Mr. Minkoff or 11 Heath Hill, LLC for $1,747,000. A proposed order shall be filed in ECF as a supplemental document and submitted in Word format to msh@mab.uscourts.gov.

By the Court,

*/s/ Melvin S. Hoffman*

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: 12/19/2018